UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PASHIA B. ROGERS, | |
| Plaintiff, | Case No.: 1:18-cv-03400 |
| v. | Honorable Judge Elaine E. Bucklo |
| DIVERSIFIED CONSULTANTS, INC., | |
| Defendant, | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, PASHIA B. ROGERS ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, DIVERSIFIED CONSULTANTS, INC., without prejudice with leave to reinstate through November 6, 2018. After November 6, 2018, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Dated: September 7, 2018

Respectfully Submitted,

*s/ Marwan R. Daher*
Marwan R. Daher, Esq.
Counsel for Plaintiff
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8181 (phone)
(630) 575-8188 (fax)
mdaher@sulaimanlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*
Marwan R. Daher
